JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RICHARDSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, a local public entity, OFFICER MEJIA, OFFICER SIKORSKI, OFFICER MARTINEZ, OFFICER ROTH, OFFICER FELDTZ, OFFICER MILLER, OFFICER ALVARADO, OFFICER ZIESMER, OFFICER TREJO, OFFICER REYES, OFFICER BROWN, OFFICER CHAPMAN<br><br>        Defendants. | CASE NO. **CV10-02473 DDP (RZx)**<br>*Hon. Dean D. Pregerson- Ctrm 3, 2nd Fl.*<br>*Hon. Mag. Ralph Zarefsky- Ctrm. 540 Roybal*<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANTS**<br><br>**Honorable Judge Dean D. Pregerson**<br><br>**Trial: January 15, 2013** |

On January 24, 2013, following the presentation of evidence and argument during a jury trial which commenced January 15, 2013and concluded January 24, 2013, the jury, in the above-entitled action, UNANIMOUSLY found as follows:

QUESTION NO. 1: Has Plaintiff Richardson proved by a preponderance of the evidence that any of the following Defendants violated his Fourth Amendment Constitutional Rights by unlawfully detaining or arresting him?
*Answer (check "Yes" or "No") following the name of each Defendant*:

| Defendant | YES | NO |
|---|---|---|
| OFFICER MEIJA | _____ | __X__ |
| OFFICER SIKORSKI | _____ | __X__ |
| OFFICER CHAPMAN | _____ | __X__ |
| DETECTIVE FELDTZ | _____ | __X__ |

1

*If you answered "No" as to each of the Defendants, skip to Question No. 3.*
*If you answered "Yes" as to any Defendant, proceed to Question No. 2.*

QUESTION NO. 2: If you answered "Yes" to Question No. 1, do you find that Plaintiff Richardson has proved by a preponderance of the evidence that the Defendant's conduct was the cause of injury to Plaintiff Richardson?
    *Answer (check "Yes" or "No") following the name of only the Defendant that you answered "Yes" in Question No. 1.*

| Defendant | Yes | No |
|---|---|---|
| OFFICER MEIJA | ___ | ___ |
| OFFICER SIKORSKI | ___ | ___ |
| OFFICER CHAPMAN | ___ | ___ |
| DETECTIVE FELDTZ | ___ | ___ |

*Please proceed to Question No. 3.*

QUESTION NO. 3: Has Plaintiff Richardson proved by a preponderance of the evidence that any of the following Defendants violated his Fourth Amendment Constitutional Rights by using excessive force against him?
    *Answer (check "Yes" or "No") following the name of each Defendant*:

| Defendant | Yes | No |
|---|---|---|
| OFFICER MEIJA | ___ | _X_ |
| OFFICER SIKORSKI | ___ | _X_ |

*If you answered "No" as to each of the Defendants, skip to Question No. 5.*
*If you answered "Yes" as to any Defendant, proceed to Question No. 4.*

QUESTION NO. 4: If you answered "Yes" to Question No. 3, do you find that Plaintiff Richardson has proved by a preponderance of the evidence that the Defendant's conduct was the cause of injury to Plaintiff Richardson?
    *Answer (check "Yes" or "No") following the name of only the Defendant that you answered "Yes" in Question No. 3.*

| Defendant | Yes | No |
|---|---|---|
| OFFICER MEIJA | ___ | ___ |
| OFFICER SIKORSKI | ___ | ___ |

*Please proceed to Question No. 5.*

QUESTION NO. 5: Has Plaintiff Richardson proved by a preponderance of the evidence that any of the following Defendants violated his First Amendment Constitutional Rights to free speech and association?
    *Answer (check "Yes" or "No") following the name of each Defendant*:

| Defendant | Yes | No |
|---|---|---|
| OFFICER MEIJA | ___ | _X_ |
| OFFICER SIKORSKI | ___ | _X_ |
| OFFICER CHAPMAN | ___ | _X_ |
| DETECTIVE FELDTZ | ___ | _X_ |

*If you answered "No" as to each of the Defendants, skip to Question No. 7.*
*If you answered "Yes" as to any Defendant, proceed to Question No. 6.*

///
///
///
///

QUESTION NO. 6: If you answered "Yes" to Question No. 5, do you find that Plaintiff Richardson has proved by a preponderance of the evidence that the Defendant's conduct was the cause of injury to Plaintiff Richardson?
    *Answer (check "Yes" or "No") following the name of only the Defendant that you answered "Yes" in Question No. 5.*

2

|  |  |  |
|---|---|---|
| OFFICER MEIJA | YES_____ | NO_____ |
| OFFICER SIKORSKI | YES_____ | NO_____ |
| OFFICER CHAPMAN | YES_____ | NO_____ |
| DETECTIVE FELDTZ | YES_____ | NO_____ |

*Please proceed to Question No. 7.*

## DAMAGES

If you gave any "Yes" responses to either Question Nos. 2, 4 or 6, please answer the following Questions. Otherwise, please date and sign below and return this form to the Court.

QUESTION NO. 7: What is the total amount of damages suffered by the Plaintiff Richardson? $_____.

*Please proceed to Question No. 8.*

QUESTION NO. 8: Has Plaintiff Steve Richardson proved by a preponderance of the evidence that any of the following Defendants acted with malice, oppression or reckless disregard?

   *Answer (check "Yes" or "No") following the name of each Defendant*:

|  |  |  |
|---|---|---|
| OFFICER MEIJA | YES_____ | NO_____ |
| OFFICER SIKORSKI | YES_____ | NO_____ |
| OFFICER CHAPMAN | YES_____ | NO_____ |
| DETECTIVE FELDTZ | YES_____ | NO_____ |

*Please date and sign below, and return this form to the Court. Thank you.*

DATED:   January 24, 2013              /S/
                                FOREPERSON OF THE JURY

## ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, **CITY OF LOS ANGELES, OFFICER CHAPMAN, OFFICER MEJIA, OFFICER SIKORSKI, AND DETECTIVE FELDTZ**, and against Plaintiff, STEVE RICHARDSON, and that the Plaintiff take nothing. Each party shall bear its own costs.

DATED: January 29, 2013

**HONORABLE DEAN D. PREGERSON**
**United States District Judge**